# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH    DIVISION

| | |
|---|---|
| UNDERWRITERS at LLOYDS SUBSCRIBING to COVER NOTE B0509JC492814, )<br>)<br>) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV416-020 |
| ) | |
| HOWARD SHEPPARD, INC., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The Court having reviewed and considered the petitions of David T. Maloof and Thomas M. Eagan of the law firm of Maloof Browne & Eagan LLC, 411 Theodore Fremd Avenue, Suite 190, Rye, New York 10580, for permission to appear pro hac vice on behalf of plaintiff Underwriters at Lloyds Subscribing to Cover Note B0509JC492814, in the above-captioned case,

Said request is hereby **GRANTED** and the Clerk is **DIRECTED** to enter David T. Maloof and Thomas M. Eagan as counsel of record for plaintiff Underwriters at Lloyds Subscribing to Cover Note B0509JC492814, in this case.

**SO ORDERED** this ___8th___ day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA